AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

## United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

CRYSTAL MCGEE

**WARRANT FOR ARREST**

CASE NUMBER: 00-4005-SNOW

*FILED by ___ D.C.  JAN 14 2000  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA. FT. LAUD.*

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CRYSTAL MCGEE
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

Lurana S. Snow
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond with Nebbia

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

*[signature]*
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____CRYSTAL MCGEE_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____5401 N.W. 27TH STREET, LAUDERHILL, FLORIDA_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __FLORIDA_____

DATE OF BIRTH: __06/05/67_____

SOCIAL SECURITY NUMBER: 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_____

HEIGHT: _5'4_____ WEIGHT: __250 POUNDS_____

SEX: __FEMALE_____ RACE: BLACK_____

HAIR: BLACK_____ EYES: BROWN_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: 246954KA5_____

COMPLETE DESCRIPTION OF AUTO: 1995 CHEVY S10 PU, WHITE_____

_FL TAG VXJ97N_____

INVESTIGATIVE AGENCY AND ADDRESS: _____UNITED STATES SECRET SERVICE____

_____8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166_____