COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CRYSTAL McGEE (J)                 CASE NO:    00-4005-SNOW

AUSA: BERTHA MITRANI    *pres*    ATTY:    Martin Bidwill

AGENT: SS CARUSO                     VIOL:    18 USC 371, 513(a) & 1344

PROCEEDING I/A ON COMPLAINT          RECOMMENDED BOND 100,000 CSB FILED NEBBIA

BOND HEARING HELD - (yes)/no         COUNSEL APPOINTED    FPD    JAN 14 2000

    BOND SET @  25,000  CSB                          CLARENCE MADDOX
                                                     CLERK U.S. DIST. CT.
                                                     S.D. OF FLA. FT. LAUD.

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS   / x's a (wk)/month by phone;  / x's a wk/(month) in person

3) Travel ~~extended~~ *restricted* to:  SD / FL

4)

*Deft advised of charges - sworn*
*for apptmt of Counsel.*

*If Cosign are found bond could*
*be reduced to / 50,000 PSB*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:    Jan 24  11  BSS

                         REMOVAL HRG:

                         STATUS CONF:

Date: 1/14/00    Time 11:00    FTL/LSS
                               TAPE #00-  004  Begin: 225  End: 261

                        *re-call 729*