# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-4005-SNOW
         Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
CRYSTAL McGEE )
         Defendant ) 55143-004

*******************************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*******************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 01/14/00 @ 8:30 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: 18 USC 1344 (BANK FRAUD), 513(A) COUNTERFEITING SECURITIES

(4) UNITED STATES CITIZEN: (✓)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 06/05/67

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT    [✓] COMPLAINT    CASE #_____
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: SDFL
   COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 01/14/00     (9) ARRESTING OFFICER: SA CARUSO

(10) AGENCY: USSS     (11) PHONE #: 305/629-1800

(12) COMMENTS _____