AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

CRYSTAL MCGEE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6019 CR WJZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **CRYSTAL MCGEE**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

Lurana S. Snow
Name of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 Corporate Surety Bond with Nebbia   by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at **Ft. Lauderdale, FL** |||
| DATE RECEIVED<br>1/18/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br> |
| DATE OF ARREST<br>1/14/2000 | FOR: USSS | Fred DePompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____CRYSTAL MCGEE_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____5401 N.W. 27TH STREET, LAUDERHILL, FLORIDA_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _FLORIDA_

DATE OF BIRTH: __06/05/67_

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'4                              WEIGHT: 250 POUNDS

SEX: FEMALE                              RACE: BLACK

HAIR: BLACK                              EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 246954KA5

COMPLETE DESCRIPTION OF AUTO: 1995 CHEVY S10 PU, WHITE

FL TAG VXJ97N

INVESTIGATIVE AGENCY AND ADDRESS: _____UNITED STATES SECRET SERVICE_____

8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166