UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-Zloch

UNITED STATES OF AMERICA

vs

Crystal McGee

ARRAIGNMENT INFORMATION SHEET

FILED BY ___ D.C.
JAN 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-24-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:   Address: In Custody

DEFENSE COUNSEL:   Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ In Custody

Bond hearing held: yes____ no____   Bond hearing set for_____

Dated this __24__ day of __January__, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-006

cc: Clerk for Judge
    U. S. Attorney