U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

00-6019-CR-Zloch
DEFT:  Crystal McGee (J)#                    CASE NO:    00-4005 Snow

AUSA:  Bertha Mitrani  /Ryan             ATTNY:        FPD  Amaryor

AGENT:                                   VIOL:

PROCEEDING:  Prelim/Arraignment          BOND REC:

BOND HEARING HELD — yes/no               COUNSEL APPOINTED:

    BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

(2)    Halfway House

       Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standar Discovery Order requested

AUSA to advise Caroline
M tapes

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:    2-8- 00    11:00am    Snow

DATE:  1-24-00    TIME: 11:00am    TAPE # 00- 006    PG #    8

1011 -1228    45