UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6019-CR-Zloch   DATE 3-2-00

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION ____   INTERPRETER ____

UNITED STATES OF AMERICA v. Crystal McBee

U.S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea, adjudged deft guilty to Count 1

CASE CONTINUED TO 5-19-00   TIME 9:30   FOR Sentencing

MISC Written Plea Agreement

73