UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

CRYSTAL McGEE,  :

    Defendant.  :
_____/



### AGREED MOTION TO CONTINUE SENTENCE

Crystal McGee ("McGee"), by counsel, hereby files this Agreed Motion to Continue Sentence for the following reasons:

1. On March 2, 2000, McGee pled guilty to a fraudulent credit card case. She is to be sentenced on May 19, 2000, at 9:30 a.m.

2. On April 12, 2000, the Pre-Sentence Investigation Report was filed.

3. On April 19, 2000, McGee was arraigned on a new indictment (00-6042-CR-Zloch), and charged with involvement in another fraudulent credit card case. Even though the dates overlap, the co-defendants are not the same as in the first indictment.

4. In that the dates overlap and the facts of the two cases are similar, the sentence on the first indictment might be affected by the facts of the second indictment.



5.  It appears that § 5G1.3(c) of the Sentencing Guidelines applies; therefore, this Court would consider the sentence in the first case to determine the sentence in the second case.

6.  To insure continuity, preserve judicial economy, and what appears to be in the best interest of McGee, McGee is specifically requesting that the sentencing in 00-6019 be continued until the conclusion of 00-6042.

7.  Even though the specifics have not yet been determined, it is the position of McGee that 00-6042 will probably be a plea.

8.  Bertha Mitrani, the A.U.S.A. assigned to this case, has agreed to our request.

WHEREFORE, Crystal McGee hereby requests that the sentencing on case 00-6019, currently set for May 19, 2000, be continued to the date of the conclusion of 00-6042.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 25 day of April, 2000 to Bertha Mitrani, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Kathryn Gomez, United States Probation Office, 299 E. Broward Blvd., 4th Floor, Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\McGee\Continue.01