UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6019-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

V.                            O R D E R

CRYSTAL McGEE

    Defendant
_____

THIS MATTER is before the Court upon Agreed Motion To Continue Sentencing (filed April 25, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Sentencing of defendant CRYSTAL McGEE will be reset by separate order of the Court upon completion of Case No. 00-6042-CR-ZLOCH.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of May, 2000.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Samuel Smargon, Esq., AFPD
Probation