UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA

v.

CRYSTAL McGEE

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                               COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, Fl, 33301           September 1, 2000, at 11:00 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: June 163, 2000

cc:
Bertha Mitrani, Esq., AUSA
Samuel Smargon, Esq.,AFPD
Probation