FILED by _____ D.C.

SEP 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6019-Cr-Zloch / 00-6042-Cr-Zloch    DATE 9-1-00

CLERK Michael Sullivan    REPORTER Carl Schanzleh

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Crystal McGee

U.S. ATTORNEY Kathleen Rice    DEFT COUNSEL Samuel Smargon for Bertha Mitson

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING 21 months as to Count 1, Case No. 00-6019-CR-Zloch; 21 months as to Count 1, Case No. 00-6042-CR-Zloch; Both sentences to run concurrently; Joint & Several restitution of $16,296.26 to the victim as to Ct 1 of case No. 00-6019-CR-Zloch; Joint & several restitution of $35,084.92 as to Ct.1 of case JUDGMENT No. 00-6042-CR-Zloch; 3 yrs supervised release as to Ct 1, of Case No 00-6019-Cr-Zloch, 3 yrs supervised release as to Ct.1, Case No. 00-6042-Cr-Zloch; both periods of supervised release to run concurrently; Special Conditions of supervised release: (1) participation in a mental health treatment program; (2) Deft. shall allow U.S. probation office complete access to MISC her Financial records; (3) Deft. shall not incur any debt without prior written approval of U.S. probation office. Special assessment $100 - case No. 00-6019-Cr-Zloch; Special assessment $100 - case No. 00-6042-CR-Zloch; All remaining counts are dismissed.

CASE CONTINUED TO _____    TIME _____    FOR _____

107